IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE, INC., | No. C 11-5587 SI and No. C 11-5598 SI |
| Plaintiff, | (Order to be filed in both cases) |
| v. | **ORDER GRANTING UNOPPOSED MOTIONS TO STAY** |
| GRAPHICS PROPERTIES HOLDINGS, INC., | |
| Defendant. | |

Plaintiff Apple, Inc. has filed unopposed motions to stay these related cases pending final resolution of a related action pending in the United States International Trade Commission, *Certain Consumer Electronics and Display Devices and Products Containing Same*, ITC Inv. No. 337-TA-836.

The Court finds that a stay is in the interest of judicial efficiency, and hereby GRANTS plaintiff's motions. Docket No. 43 in C 11-5587 SI and Docket No. 38 in C 11-5598 SI. Defendant's motions to dismiss these cases are hereby deemed WITHDRAWN. Docket No. 32 in C 11-5587 SI and Docket No. 24 in C 11-5598 SI. Defendant may re-notice these motions if appropriate after the stays have been lifted. The parties shall inform the Court when the ITC proceedings have been resolved.

**IT IS SO ORDERED.**

Dated: April 30, 2012

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE