GEORGE A. RILEY (S.B. #118304)
griley@omm.com
DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Plaintiff Apple Inc.

BENJAMIN L. WAGNER (S.B. # 243594)
bwagner@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Direct: (858) 314-1512
Fax: (858) 314-1501

Attorneys for Defendant Graphics Properties Holdings, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GRAPHICS PROPERTIES HOLDINGS, INC.,<br><br>    Defendant. | Case No. CV-11-5587-SI<br><br>**STIPULATION OF DISMISSAL; [PROPOSED] ORDER**<br><br>Judge: Hon. Susan Illston |

1    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for
2    Plaintiff APPLE INC., and for Defendant GRAPHICS PROPERTIES HOLDINGS, INC., that
3    pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-entitled action should be and is hereby
4    dismissed with prejudice, and that each party shall bear its own attorneys' fees, costs of court
5    and expenses.

7    Dated: September 28, 2012

*/s/ Benjamin Wagner*
Benjamin L. Wagner
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Attorneys for Defendant

*/s/ Darin W. Snyder*
Darin W. Snyder
O'Melveny & Myers LLP
Attorneys for Plaintiff

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __10/3__, 2012

_____
HON. SUSAN ILLSTON
United States District Judge

APPROVED AS TO FORM AND CONTENT:

JAMES M. WODARSKI
MICHAEL T. RENAUD
SANDRA J. BADIN

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts  02111
Phone:  (617) 542-6000
Fax:  (617) 542-2241


By     */s/ Sandra J. Badin*
            Sandra J. Badin

Attorneys for Defendant GRAPHICS PROPERTIES HOLDINGS, INC.,